**Timothy L. SIMMS, Petitioner–Appellant,**

v.

**Alton BASKERVILLE, Warden, Powhatan Correctional Center, Respondent–Appellee.**

No. 02–7134.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Sept. 30, 2002.

Timothy L. Simms, Appellant Pro Se. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Timothy L. Simms seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Simms has not made a substantial showing of the denial of a constitutional right. *See Simms v. Baskerville*, No. CA–02–621–7 (W.D.Va. July 18, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*